```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/13/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

           -v-

MANUEL BARREIRO,
SANDRO COLLADO, and
OSVALDO ALVAREZ,

                          Defendant(s).

25-CR-00054 (MMG)

ORDER

MARGARET M. GARNETT, United States District Judge:

    Trial in this case is scheduled for **January 12, 2026 at 9:30 a.m.**

    The Government shall provide notice of any expert witnesses it intends to call at trial pursuant to Rule 16(a)(1)(G) of the Federal Rules of Criminal Procedure by no later than **November 14, 2025**. If Defendant intends to call any expert witnesses at trial, it shall provide such notice to the Government by **November 28, 2025**. Any motions to bar or restrict the testimony of a noticed expert under *Daubert* and its progeny must be filed by **December 12, 2025**, with opposition briefing due **December 30, 2025**, and reply due by **January 5, 2026**.

    It is hereby ORDERED that any proposed *voir dire*, proposed jury instructions, and proposed verdict forms, as well as any motions *in limine* or trial memoranda, shall be filed by **December 12, 2025**. Any opposition to a motion *in limine* or trial memorandum shall be filed by **January 2, 2026**. Replies are not permitted without prior permission of the Court.

    Pretrial filings should comport with the Court's Individual Rules and Practices for Criminal Cases, available at http://nysd.uscourts.gov/judge/Garnett. In accordance with those rule, parties should not submit courtesy copies of any submissions, unless the Court orders otherwise, but the proposed *voir dire*, proposed jury instructions, and proposed verdict forms must be e-mailed, in Microsoft Word format, to GarnettNYSDChambers@nysd.uscourts.gov when they are filed on ECF.

    It is further ORDERED that the parties appear for a final pretrial conference on **January 7, 2026**, at **1:00 p.m.** in **Courtroom 906** of the Thurgood Marshall Courthouse, 40 Centre Street, New York, New York 10007. **The final pretrial conference must be attended by the attorney who will serve as principal trial counsel.** The parties must familiarize themselves with the Court's Individual Rules and Practices for Trials, available at http://nysd.uscourts.gov/judge/Garnett.

    SO ORDERED.

Dated: August 13, 2025
       New York, New York

                                                           MARGARET M. GARNETT
                                                           United States District Judge