UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

                Plaintiff(s),

-against-

Manuel Barreiro
Sandro Collado, and
Osvaldo Alvarez,

                Defendant(s).

25-CR-00054 (MMG)

**ORDER**

MARGARET M. GARNETT, United States District Judge:

    As to Defendant Manuel Barreiro, the Change of Plea Hearing is hereby scheduled for November 3, 2025, at 10:30 a.m. in Courtroom 906 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY 10007.

Dated: October 24, 2025
       New York, New York

                              SO ORDERED.

                              _____
                              MARGARET M. GARNETT
                              United States District Judge